# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JESSIE J. DAVIS,**

    **Plaintiff,**

**VS.**                                                                                          **Case No. 4:16cv213-RH/CAS**

**UTILITIES DEPARTMENT, et al.,**

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff initiated this case on April 6, 2016, proceeding pro se, by filing a complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown in the motion, it is granted. The Clerk of Court shall file the complaint without requiring payment of the filing fee.

Federal law permits a United States District Court may dismiss a case filed in forma pauperis if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d). <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).

The first class of cases have "claim(s) based on an indisputably meritless legal theory," and the second class contains "claims whose factual contentions are clearly baseless."  *Id.*  This case lacks an arguable basis in law, is removed from reality, and is frivolous.  Plaintiff's statements are unintelligible.  No clear factual allegations are present.  The series of disjointed, rambling words do not set forth the basis for any claim.  This case should be dismissed as frivolous.

Accordingly, it is **ORDERED** that the motion for in forma pauperis status, ECF No. 2, be **GRANTED**.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** as frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on May 13, 2016.


 s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:16cv213-RH/CAS