IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSIE J. DAVIS,

    Plaintiff,

v.                              CASE NO.  4:16cv213-RH/CAS

UTILITIES DEPARTMENT et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed."  The clerk must close the file.

SO ORDERED on June 14, 2016.

                                      s/Robert L. Hinkle
                                      United States District Judge